# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-0642

———————————————

HENCILE DORSEY, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Columbia County.
Melissa G. Olin, Judge.

March 3, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.